No. 93–8361.  GREEN v. ROBERTS, DEPUTY SECRETARY, KANSAS DIVISION OF FACILITY MANAGEMENT, ET AL.  C. A. 10th Cir.  Certiorari denied. ▮

No. 93–8363.  HUMAN v. CITY OF SANTA MONICA, CALIFORNIA. C. A. 9th Cir.  Certiorari denied. ▮

No. 93–8367.  DUNN v. REGENTS OF THE UNIVERSITY OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 93–8370.  SNIDER v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 93–8373.  CORNEJO v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 93–8374.  BERRY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–8377.  HOWARD v. UNITED STATES.  C. A. 6th Cir. Certiorari denied. ▮

No. 93–8379.  ARMESTO v. WEIDNER.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied. ▮

No. 93–8383.  YOUNG v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–8385.  WAUGH v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied. ▮

No. 93–8388.  ALLS v. NEW YORK.  Ct. App. N. Y.  Certiorari denied. ▮

No. 93–8392.  AGUIRRE v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 93–8398.  LASHLEY v. ROCHA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–8400.  FLORES v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 93–8401.  FROMAL v. VIRGINIA STATE BAR DISCIPLINARY BOARD.  Sup. Ct. Va.  Certiorari denied.

No. 93–8404.  BLOW v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮